UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

CHARLES BAKER                                                                                            PLAINTIFF

v.                                                                      CIVIL ACTION NO. 5:11-CV-P59-R

BRAD BOYD *et al.*                                                                                     DEFENDANT

### ORDER FOR PAYMENT OF INMATE FILING FEE

The plaintiff filed an application to proceed without prepayment of fees with a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, **IT IS ORDERED** that the application (DN 3) is **GRANTED**. Pursuant to 28 U.S.C. § 1915(b)(1), however, the plaintiff is required to pay the statutory filing fee of **$350.00** under an installment plan. *See McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997) ("When an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan.").

An initial partial filing fee of **$1.40** will be assessed by this Order. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, the plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account. To accomplish collection, the **KENTUCKY STATE REFORMATORY** is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from the plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS FURTHER ORDERED** that:

    1.    The **KENTUCKY STATE REFORMATORY** shall collect from the plaintiff's

prison trust account an initial partial filing fee in the amount of **$1.40** and shall forward the amount to the Clerk of the Court.  Said payment shall be clearly identified by the plaintiff's name, Inmate Identification Number, and number assigned to this action.

2. Thereafter, the **KENTUCKY STATE REFORMATORY** shall collect the **$348.60** balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to his trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).

3. The institution need not issue separate checks for individual plaintiffs.  Payment may be forwarded by the institution in a single check for all plaintiffs in its custody.  However, the institution <u>must</u> clearly delineate each prisoner, his/her case number, his/her Inmate Identification Number, and the amount to be paid on a ledger accompanying each payment from the institution.

4. All payments shall be made payable to **Clerk, U.S. District Court** and sent to the following address:

>Office of the Clerk
>United States District Court
>Western District of Kentucky
>601 West Broadway, Ste. 106
>Louisville, Kentucky 40202-2249

5. The **Clerk of this Court is directed to open an account** for the payment of the filing fee in this action.

Having addressed the filing fee issue, the Court must now undertake a preliminary review of the plaintiff's complaint under 28 U.S.C. § 1915A.  Once the review is complete, an order will be entered informing the parties of what steps, if any, must be taken.

Date:

                                             ENTERED BY ORDER OF COURT:

                                             CHIEF JUDGE THOMAS B. RUSSELL
                                             UNITED STATES DISTRICT COURT

                                             VANESSA L. ARMSTRONG, CLERK

                                             _____s/ Vanessa L. Armstrong_____

cc:     Plaintiff, *pro se*
         Financial Section, USDC, WDKY
         Kentucky State Reformatory, Attn:  Inmate Account No. 239199, 3001 W. Highway 146
            LaGrange, KY 40032

4413.008