TO: North Point training center
Highway 33 P.O. Box 479
Burgin ky, 40310

FR: Kentucky State Reformatory
3001 west Highway 146
LaGrange ky 40032

'11 MAY -6 P12:43

US DISTRICT COURT
WESTRN DIST KENTUCKY

SUBJECT: Notice of change of address

RE: Case number 5:11-cv-00059-TBR

DT: _____

    Notice is hereby given that all correspondence which relates to the above referenced matter should be forwarded to me at the address shown above.

    Thank you in advance for your time in this matter and I'm sorry for any inconvenience that my change of address may cause.

Sincerely,

Charles Baker 239199

CC: Personal File

Charles Baker 239199
North Point training center
Highway 33 P.O. Box 479
Burgin KY 40310

United States District Court
Room 127 Federal Building
501 Broadway
Paducah, KY 42001