UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:11-CV-59

**CHARLES BAKER**                                                                                                                **PLAINTIFF**

v.

**BRAD BOYD, ET AL.**                                                                                               **DEFENDANTS**

**ORDER**

On April 26, 2011, the Court conducted an initial review of Plaintiff's Complaint and granted Plaintiff twenty-eight (28) days to amend his Complaint in order to name the defendants he believes are responsible for his surviving claims. Plaintiff has now filed a motion for an extension of time to amend his Complaint (Docket #10). Plaintiff notes that he was recently transferred to Northpoint Training Center from Kentucky State Reformatory and did not receive the Court's Memorandum Opinion and Order until May 27, 2011. He therefore requests an additional sixty (60) days to file an amended Complaint.

For good cause shown, the Court GRANTS Plaintiff's motion. Plaintiff shall file his Amended Complaint within sixty (60) days of the filing of this Order.

IT IS SO ORDERED.