United States District Court
Western District of Kentucky
Case No: 5:11-cv-p59-R

Charles Lee Baker                                    Pro-se

V

Brad Boyd                                            Defendent
unknown officers of CCJ
medical staff of CCJ

Motion for The Appointment
of counsel Pursuant to 28 U.S.C 1915(d)

Come now the Plaintiff, Charles Baker Pro-se, in good faith and hersy moves this Honorable Court in Pursuant to 28 U.S.C 1915(d) and all other appleciable Law. For an order appointing counsel on case no: 5:11-cv-p59-R as grounds for this motion he states as follows.

1) The Plaintiff states he is currently incarcerated at Northpoint training center serving a sentence of 3 years.

(1)

2) The Plaintiff states that he is a Lay Person at the Laws and court rules associated with the fileing of this Law-suite and such has to rely on the very limited research materals available to him. That there are no Properly trained legal aids to Properly argue, research, and aid in the Preperation of his Law-suite.

3) The Plaintiff states that he is subject to be tranfered from one correctional facility to another without notice, thus further compounding his inability to adaquatly argue this matter.

4) The Plaintiff states that he is an indigent Person Pursuant to K.R.S chapter 31, KRS 453.190, and 28 U.S.C 1915(a) and is unable to obtain counsel in this matter. That as an indigent civil litigant he Possess neither a Constitutional nor a Statutory right to appointed counsel, Parham v Leavy, 117 F 3d 742 (3rd Cir 1997) such request are in the Sound discretion of the court Anderson v Shepherd, 856 F.2d 741 (6th Cir 1988) and Childs v Pellegrin, 822 F2d

(2)

1382 (6Th cir 1987) However congress has granted the courts statutory authority to "Request" appointed counsel for indigent civil Litigants see 28. U.S.C 1915(e) (Providing that "The court may Request an attorney to Represent any person unable to afford counsel")

5) The Plantiff states that the appointment of counsel in a civil case not being a constitutional or a statutory right that its a privilege that is Justified only by "exceptional circumstances" Lavado v keohalle 922 F2d 601 (6Th cir 1993) citing Lopez v Reyes 692 F2d 15, 17 (5Th cir 1982) The 3rd circuit has rejected the rule of their sister circuit that have held that appointment of counsel and 1915 (e)(1) is Justified only "under exceptional circumstances" montgomery v Pinchak 294 F3d 492 (3rd cir 2002) Id at FN9 "nothing in [the] cleak Language" of the statue "The court may Request an attorny to Represent any person unable to afford counsel" [nor] in the Legistative history.... [,] suggest

(3)

that appointment is permissable only in some limited set of circumstances" Tabron, 6 F 3d at 155

6) The Plaintiff feels that "exceptional circumstances" exist that ~~would~~ justify the appointment of counsel as he has demonstrated a Prima Facie case of cruel and unusual punishment based on the denial of medical care after he was so Brutaly Beaten By other inmates where the defendant acted with deliberate indifference to his serious medical needs. See Estelle v Gramble 429 U.S. 97 104 97 S Ct 285 50 L Ed 2 d 251 (1976) Duknek v Ocarroll 991 F 2d 64 67 (3rd cir 1993) where in there was an objective showing that the deprivation was "sufficiently serious" and that the rusults of the defendents denial was sufficiently serious as they acted with sufficiently caulpable state of mind see Wilson v Seiter 501 U.S. 294 298 111 S Ct 2321 115 L ed 2d 271 (1991)

7) Do to investigations that Plaintiff can not perform Plaintiff can not argue his case to the fullest extent

(4)

Plaintiff is a Lay Person at the Laws and court rules associated with this matter and is not able to obtain counsel Do to him Being indigent and unable to pay certain fees Plaintiff Prays this Honorable Court grants his motion for appointment of counsel.

Respectfully submitted

*Charles B.*

Charles Baker

(3)

Charles Baker 239199
NTC
Po Box 479
Burgin Ky 40310

$0.440
US POSTAGE
FIRST-CLASS
062S0006065532
40310

Northpoint Tr Ctr
JUL 20 2011
Processed Legal Mail

United States District Court
Room 127 Federal Building
501 Broadway
Paducah, KY 42001

42001365855