CHARLES BAKER 239199
NORTHPOINT TRAINING CENTER
PO BOX 479
BURGIN KY 40310

'12 JAN 13 AM :33

RE: CASE NUMBER 5:11-cv-p59-r

FILED
US DISTRICT COURT CLK
WESTN DIST. KENTUCKY

UNITED STATES DISTRICT COURT
ROOM 127 FEDERAL BUILDING
501 BROADWAY
PADUCAH KY 42001

    I AM WRITING THIS LETTER TO INFORM YOU THAT I HAVE MAILED THE SUBPOENA TO CHRISTIAN COUNTY JAIL JAILER BRAD BOYD REQUESTING THE INFORMATION NEEDED I DO NOT KNOW IF I WAS TO MAIL THIS BACK TO THE COURTS FOR YOU TO ISSUE THIS OR IF I DID THE RIGHT THING BY MAILING IT MY SELF IF I DID THIS WRONG I AM REQUESTING THAT THE COURT SEND ME ANOTHER SUBPOENA AND GIVE AND ADITIONAL 30 DAYS FOR RETURN THANK YOU

SUBMITTED
CHARLES BAKER



CHARLES BAKER 239199
NORTHPOINT TRAINING CENTER
PO BOX 479
BURGIN KY 40310

UNITED STATES DISTRICT COURT
ROOM 127 FEDERAL BUILDING
501 BROADWAY
PADUCAH KY 42001-6801